STEPHEN T. KITAGAWA (SBN 194254)
JILLIAN A. BENBOW (SBN 246822)
PITE DUNCAN, LLP
1920 Main Street, Suite 760
Irvine, CA  92614
(714) 285-2633
(714) 285-2668 *facsimile*
E-Mail: skitagawa@piteduncan.com

JS - 6

Attorneys for Defendant NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Kevin Pampena, <br><br>     Plaintiff, <br><br>     v. <br><br> NATIONSTAR MORTGAGE LLC; CAL WESTERN RECONVEYANCE CORPORATION; U.S. BANK, N.A., AS TRUSTEE FOR THE LXS 2007-4N TRUST, <br><br>     Defendants. | Case No. CV13-00480 R (PJWx) <br><br> Judge Manuel L. Real <br> Courtroom 8 <br><br> **ORDER ON DEFENDANT NATIONSTAR MORTGAGE, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> **Date:       March 18, 2013** <br> **Time:       10:00 a.m.** <br> **Courtroom: 8** |

On March 18, 2013, at 10:00 a.m., in Courtroom 8 of the above-referenced Court, located at 312 North Spring Street, Los Angeles, California 90012, the Court heard Defendant Nationstar Mortgage, LLC's Motion to Dismiss Plaintiff's Complaint.

After reviewing the motion, opposition and reply briefs and after hearing argument of counsel, the Court hereby grants Defendant Nationstar Mortgage, LLC's Motion to Dismiss Plaintiff's Complaint, with prejudice and without leave to amend, as to all defendants named in the complaint.

IT IS SO ORDERED.

Date: _March 22, 2013__          _____
                                                    THE HON. MANUEL L. REAL
                                                    UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER ON NATIONSTAR MORTGAGE, LLC'S MOTION TO DISMISS          13-CV-480 Proposed Order on MTD.wpd